UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------------------------

In re:   JEFFREY ALLEN BOOTH,                    BKY. No.:   10-46460
                                                 Chapter 7

         Debtor.

**ORDER TERMINATING STAY**

------------------------------------------------

      This case came before the court on the motion of Wells Fargo Bank, N.A. seeking relief from the automatic stay.

      Based on the motion and the file,

      IT IS ORDERED:

      1.    The automatic stay imposed by 11 U.S.C. §362 is terminated as to the real property over which Wells Fargo Bank, N.A., its successors or assigns, has an interest, legally described as:

      Lot Seven (7), Block Two (2), West Meadow Estates Plat Two,
      Stearns County, Minnesota

      2.    Notwithstanding Fed. R. Bankr. P. 4001 (a) (3), this order is effective immediately.


Dated: November 4, 2010

                              /e/ Robert J. Kressel
                              Robert J. Kressel
                              United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/04/2010*
Lori Vosejpka, Clerk, by LMH